No. 79–5973.  SELLARS v. COMMUNITY RELEASE BOARD OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 79–5978.  BROWN v. THOMPSON, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 79–6023.  JOHNSON v. HANBERRY, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 79–6024.  MITCHELL v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 79–6030.  McMILLIAN ET AL. v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 79–6032.  THOMAS v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 79–6034.  SHUCKAHOSEE v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 79–6048.  IVES v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 79–6060.  DUPREE v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 79–608.  TEXAS v. MIXON; and TEXAS v. DIXON.  Ct. Crim. App. Tex.  Motion of respondent Mixon for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 79–1084.  ESTELLE, CORRECTIONS DIRECTOR v. CORPUS ET AL.  C. A. 5th Cir.  Motion of respondents for leave to proceed in forma pauperis granted.  Certiorari denied.